# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DEBRA A. LOVE  
408 JILSON  
ROCKFORD, IL  61102

SSN-xxx-xx-0767

Case Number: 07-71088

|  |  |
|---|---|
| Case filed on: | 5/3/2007 |
| Plan Confirmed on: | 7/27/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,125.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,047.97 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,047.97 | 0.00 |
| 999 | DEBRA A. LOVE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ANCHOR GROUP MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | COMED CO | 471.77 | 471.77 | 0.00 | 0.00 |
| 005 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SWEDISH AMERICAN HOSPITAL | 3,659.80 | 3,659.80 | 0.00 | 0.00 |
| 008 | ILLINOIS STATE TOLLWAY AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | JOHN HENRY BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL MAGAZINE EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PENN CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN ER PHYSICIANS | 631.30 | 631.30 | 0.00 | 0.00 |
| 019 | ROCKFORD HOUSING AUTHORITY | 1,010.00 | 1,010.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 190.00 | 190.00 | 0.00 | 0.00 |
| 021 | CHECK IT | 65.00 | 65.00 | 0.00 | 0.00 |
|  | Total Unsecured | 6,027.87 | 6,027.87 | 0.00 | 0.00 |
|  | Grand Total: | 8,227.87 | 8,227.87 | 1,047.97 | 0.00 |

Total Paid Claimant:   $1,047.97  
Trustee Allowance:   $77.03  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan